```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Tina Zeolla et al.

    v.                                              Case No. 25-cv-00541-TSM

Southern New Hampshire University

Ashley Wright

    v.                                              Case No. 26-cv-00041-TSM

Southern New Hampshire University


<u>ORDER OF CONSOLIDATION</u>

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

Case 25-cv-00541-TSM has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case shall be statistically closed.

The plaintiff(s) shall file a consolidated complaint by March 16, 2026, and defendant(s) shall answer or otherwise respond to the consolidated complaint within twenty-one (21) days from the filing of the consolidated complaint, unless otherwise agreed to by the parties and approved by the court. The consolidated complaint and answer should

contain all of the parties' respective claims and defenses from the consolidated cases, which are to remain in the case. Defendant(s) shall not be required to respond to any other complaints filed in these actions prior to the date of this consolidation order.

    Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

    SO ORDERED.

                                                    Talesha L. Saint-Marc
                                                  United States Magistrate Judge

Date: February 23, 2026

cc: All counsel of record